UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL TRIAL MINUTES FOR JUDGE WILLIAM P. DIMITROULEAS

Date: September 15, 2014   Day # 1   Case No. 14-60163

Courtroom Deputy: **Karen Carlton**   Court Reporter: _____

**UNITED STATES OF AMERICA**

VS.

Shane Eric McKinley

Interpreter: _____

GOVERNMENT ATTORNEY: *Corey Steinberg* / *Paul Schwartz*

DEFENDANT'S ATTORNEY: *Allen Kaufman*

Jury voir dire. Jury selected and sworn. Preliminary Instructions Given; Opening Statements. Deft invokes rule re: witnesses. Gov't Case in Chief

Trial Continued until 9/16/14 At 9:30 A.M.

Time in Court: 5 hrs 45 min