UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL TRIAL MINUTES FOR JUDGE WILLIAM P. DIMITROULEAS

Date: September 16, 2014   Day # 2   Case No. 14-60163

Courtroom Deputy: **Karen Carlton**   Court Reporter:

UNITED STATES OF AMERICA

VS.

Shaun Eric McKinley

Interpreter: _____

GOVERNMENT ATTORNEY:
Corey Steinberg
Paul Schwartz

DEFENDANT'S ATTORNEY:
Allen Kaufman

Government's Case in Chief Continued.

Trial Continued until 9/17/14 At 9:00 A.M./P.M.

Time in Court: 5½ hrs