UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CRIMINAL TRIAL MINUTES FOR JUDGE WILLIAM P. DIMITROULEAS

Date: September 17, 2014     Day # 3     Case No. 14-60163-CR-Dimitrouleas

Courtroom Deputy: **Karen Carlton**     Court Reporter: Francine Salopek

**UNITED STATES OF AMERICA**

VS.

Shaun Eric McKinley     Interpreter: _____

GOVERNMENT ATTORNEY:
Corey Steinberg
Paul Schwartz

DEFENDANT'S ATTORNEY:
Allen Kaufman

Gov't's case in chief continued. Gov't rests. Def's Rule 29 motion is denied. Def's case in chief. Defendant rests. Defendant's Renewed Rule 29 motion is denied. Government's Rebuttal. Government rests. Charge conference. Closing Arguments. Court's Instructions to the Jury. Jury retires to deliberate.

Trial Continued until  9-18-14     At  9:00     A.M./P.M.

Time in Court: _____