UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CRIMINAL TRIAL MINUTES FOR JUDGE WILLIAM P. DIMITROULEAS**

Date: 9/18/14    Day # 4    Case No. 14-60163-CR-Dimitrouleas

Courtroom Deputy: Karen A. Carlton    Court Reporter: Francine Salopek

Parties:    UNITED STATES OF AMERICA
vs. Shaun Eric McKinley

GOVERNMENT ATTORNEY(S):
Corey Steinberg
Paul Schwartz

DEFENDANT(S) ATTORNEYS:
Allen Kaufman

Jury resume @ 9:00 am & continue deliberating
Jury Question @ 10:32 am, Court brings in jury
for instructions. Jury Verdict @ 11:40 am
Jury Verdict Guilty as to Counts I and II
Sentencing Set for 11-25-14 @ 1:15 pm

Trial Continued until _____

Time in Court: _____