UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO.  14-60163-CR-DIMITROULEAS

    Plaintiff,

vs.

SHAUN ERIC MCKINLEY,

    Defendant.
_____/

## VERDICT

1. We, the Jury unanimously find the Defendant, SHAUN ERIC MCKINLEY, as to Count I of the Indictment:

    GUILTY __✓__          NOT GUILTY _____

2. We, the Jury unanimously find the Defendant, SHAUN ERIC MCKINLEY, as to Count 2 of the Indictment:

    GUILTY __✓__          NOT GUILTY _____

Signed and dated at the United States Courthouse, Fort Lauderdale, Florida, this __18__ day of September, 2014.

_____                    _____
Foreperson's Signature                  Foreperson's Printed Name