- We need someone to please explain what a reasonable doubt means.

- Also to what extent should we depend on common sense?

9/18/14
10:32 am