We reached a verdict

9/18/14   11:40 am