UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-60163-CR-WPD

UNITED STATES OF AMERICA
Plaintiff,

**NOTICE OF SENTENCING**

vs.

*Shaun Eric McKinley*
Defendant
_____/

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By direction of the Honorable *William P Dimitrouleas*, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on *11-25-14 At 1:15 pm* for imposition of sentence. On that date, report to: ~~Select One~~ *299 E. Broward Blvd, FTL, FL* Courtroom No.: *205B* where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146).

IT IS FURTHER ORDERED that a Presentence Investigation and Report (PSI) to this Court will be completed. DEFENSE COUNSEL ARE TO REPORT IMMEDIATELY TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTIONS. IF ON BOND, THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICE ALSO.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall immediately provide the U.S. Probation Department with the necessary information to prepare the Prosecution version of the Presentence Report.

STEVEN M. LARIMORE
COURT ADMINISTRATOR-CLERK OF COURT
By: _____
Deputy Clerk

DATE: *9-18-14*
COUNSEL FOR DEFENDANT: *Allen Kaufman, Esq.*
DEFENDANT: *Shaun Eric McKinley*

- ☐ GUILTY PLEA
- ☒ TRIAL
- ☐ BOND
- ☐ FEDERAL CUSTODY
- ☐ STATE CUSTODY
- ☒ U.S.M. CUSTODY

TO COUNTS: *I and II*
OF TOTAL COUNTS: *I and II*
AUSA: *Corey Steinberg*

cc: U.S. Attorney
U.S. Marshal
U.S. Probation Office
Defense Counsel
Defendant