## GOVERNMENT'S EXHIBIT LIST

### UNITED STATES v. SHAUN ERIC MCKINLEY
### 14-60163-CR-DIMITROULEAS

ASSISTANT U.S. ATTORNEYS: COREY STEINBERG & PAUL SCHWARTZ
DEFENSE COUNSEL: ALLEN KAUFMAN

| EX. NO | DATE | ID | ADMITTED | DESCRIPTION | WITNESS |
|---|---|---|---|---|---|
| 1 | | | 9/15 | DVD – Alley #1 | ANTONIO |
| 2 | | | 9/15 | DVD – Alley #2 | ANTONIO |
| 3 | | | 9/15 | DVD – Chevron Station (3 angles) | ANTONIO |
| 4 A-B | | | 9/15 | DVD – Memorial Regional ER | ANTONIO |
| 5 A - C | | | 9/15 | Photos of Rodman St. Residence | ANTONIO |
| 6 A - B | | | 9/16 | Photos of A.W. (before 5/18/14) | Wilson |
| 7 A - D | | | 9/16 | Photos of A.W. at Hospital | Burkett |
| 8A | | | 9/16 | AT&T Phone Records | EVANS |
| 8B | | | 9/16 | Excerpt of AT&T Phone Records Only calls between 954-889-4886 and 786-520-11199 | EVANS |
| 8C | | | | Certification of Business Records – AT&T | |
| 9A | | | 9/16 | Backpage Ad Post 24980013 | Wilson |
| 9B | | | 9/16 | Backpage Ad Post 24970689 | Wilson |
| 9C | | | | Certification of Business Records – Backpage | |
| 10A | | | | CD - BSO Jail Call – 05/22/14 | |
| 10B | | | | Transcript of Call | |
| 11A | | | | CD - BSO Jail Call – 05/23/14 | |
| 11B | | | | Transcript of Call | |

# UNITED STATES v. SHAUN ERIC MCKINLEY
## 14-60163-CR-DIMITROULEAS

### ASSISTANT U.S. ATTORNEYS: COREY STEINBERG & PAUL SCHWARTZ
### DEFENSE COUNSEL: ALLEN KAUFMAN

| | | | | | |
|---|---|---|---|---|---|
| 12A | | | 9\17 | CD – BSO Jail Call – 05/26/14 #1 | JOO |
| 12B | | | \\ | Transcript of Call | \\ |
| 13A | | | | CD – BSO Jail Call – 05/26/14 #2 | |
| 13B | | | | Transcript of Call | |
| 14A | | | | CD – BSO Jail Call – 05/26/14 | |
| 14B | | | | Transcript of Call | |
| 15A | | | | CD – BSO Jail Call – 06/24/14 | |
| 15B | | | | Transcript of Call | |
| 16A | | | 9\17 | CD – BSO Jail Call – 0 /   /14 (gphaze) | JOO |
| 16B | | | \\ | Transcript of Call | \\ |
| 17 | | | | Certification of Business Records – BSO Custodian for Jail Recordings | |