# United States District Court

DISTRICT OF __Florida__

Southern USA
v.
Shaun Eric McKinley

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 14-60163-CR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Dimitrouleas | Corey Steinberg, Paul Schwartz | Alan Kaufman |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/15/14, 9/16/14, 9/17/14 | Fran Salopek | Karen Carlton |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W-1 | | 9/15/14 | | | Shaquille Antonio |
| W-2 | | 9/16/14 | | | Chuwan Evans |
| W-3 | | " | | | Ashlee Wilson |
| | A | | | 9/16/14 | Notebook |
| W-4 | | | | | Jennifer Burkett |
| W-5 | | 9/17/14 | | | Michael Joo |
| | W-1 | | | | Jerry Viskocil |
| | W-2 | | | | Shaun Eric McKinley |
| W-6 | | | | | Daniel Bromley |
| | | | | | |
| | | | | | |
| | | | | | (see attached exhibits) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages